

Case 1:07-cv-07154  Document 2  Filed 12/20/2007  Page 1 of 1

PRISONER CASE



R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

KC **FILED**
DEC 2 0 2007
DEC 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** DOMINICK GIAMPAOLO

**Defendant(s):** TERRY MCCANN, et al.

**County of Residence:** VERMILION

**County of Residence:**

**Plaintiff's Address:**

Dominick Giampaolo
R-04860
Danville - DCR
3820 East Main Street
Danville, IL  61834

**Defendant's Attorney:**

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL  60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07CV7154
JUDGE DARRAH
MAGISTRATE JUDGE COLE

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** *A. E. Wrodham*  **Date:** 12/20/2007

Darrah  06C 3266
needs Mag. jd.