# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED

Dominick Giampaolo )
)
)
**Plaintiff/Petitioner(s),** )
)
-vs- )
)
Terry McCann; et. al )
)
)
)
**Defendant/Respondent(s).** )

DEC 2 0 2007
Dec 20, 2007
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Case No. _____
(To be supplied by the Clerk)

**07CV7154
JUDGE DARRAH
MAGISTRATE JUDGE COLE**

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, ____Dominick Giampaolo____, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:

        (x) Civil Rights    ( ) Habeas Corpus  ( ) Appeal

1.    Are you presently employed?    Yes ( )       No (XX)

    a.    If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

        _____

    b.    If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.
        October 2006, $45 per month

        _____

2.    Have you received within the past twelve months any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or form of self-employment? | ( ) | (X) |
| b. | Rent payments, interest or dividends? | ( ) | (X) |
| c. | Pensions, annuities or life insurance payments? | ( ) | (X) |
| d. | Gifts or inheritances? | ( ) | (X) |
| e. | Any other sources? | ( ) | (X) |

(Rev. 1/93)

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

_Gift money from my sister appx $50/mnth_

3.  Do you own cash, or do you have money in a checking or savings account?
    Yes ( ) No (X) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4.  Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (X) If the answer is "yes", describe the property and state its approximate value.

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621

12-01-07
_____
Date

_____
Signature of Plaintiff/Petitioner

(Rev. 1/93)                          - 2 -

## CERTIFICATE

**( TO BE COMPLETED FOR PRISONERS ONLY.  THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER)**

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _50.50_ in his trust fund account at this correctional center where is confined.  I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:_____

_Danville Correctional Center_

_3820 E. Main St._

_Danville, IL 61834_

_Rita Barnes_
Authorized Officer.

_Danville Corr Center_
Institution

_Account Tech I_
Title

_11-27-07_
Date

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

**Date:** 11/27/2007
**Time:** 2:23pm
d_list_inmate_trans_statement_composite

**Danville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 06/01/2007 thru End;     Inmate: R04860;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: R04860 Giampaolo, Dominick**          **Housing Unit: DAN-01-A -56**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | **200.45** |
| 06/08/07 | Point of Sale | 60 Commissary | 1597102 | 562964 | Commissary | -19.38 | 181.07 |
| 06/08/07 | Point of Sale | 60 Commissary | 1597102 | 562975 | Commissary | -125.84 | 55.23 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159116 | | P/R month of 05/2007 | 4.42 | 59.65 |
| 06/12/07 | Point of Sale | 60 Commissary | 1637103 | 563543 | Commissary | -42.94 | 16.71 |
| 06/12/07 | Point of Sale | 60 Commissary | 1637103 | 563544 | Commissary | -6.00 | 10.71 |
| 06/15/07 | Disbursements | 84 Library | 166339 | Chk #87294 | 840722539, Consolidated Inmate, Inv. Date: 05/18/2007 | -.80 | 9.91 |
| 06/15/07 | Disbursements | 84 Library | 166339 | Chk #87294 | 840722913, Consolidated Inmate, Inv. Date: 05/23/2007 | -1.50 | 8.41 |
| 06/15/07 | Disbursements | 81 Legal Postage | 166339 | Chk #87298 | 810722919, DOC: 523 Fund Inmat, Inv. Date: 05/23/2007 | -1.14 | 7.27 |
| 06/15/07 | Disbursements | 80 Postage | 166339 | Chk #87298 | 800724239, DOC: 523 Fund Inmat, Inv. Date: 06/08/2007 | -1.82 | 5.45 |
| 06/15/07 | Disbursements | 81 Legal Postage | 166339 | Chk #87298 | 810722920, DOC: 523 Fund Inmat, Inv. Date: 05/23/2007 | -.97 | 4.48 |
| 06/28/07 | Mail Room | 04 Intake and Transfers In | 179216 | 50287 | Pinckneyville C.C. | 1.10 | 5.58 |
| 07/03/07 | Mail Room | 01 MO/Checks (Not Held) | 184287 | R200201910106 | Leard, D | 25.00 | 30.58 |
| 07/03/07 | Mail Room | 01 MO/Checks (Not Held) | 184287 | R200201910084 | Leard, D | 50.00 | 80.58 |
| 07/05/07 | Point of Sale | 60 Commissary | 1867103 | 565629 | Commissary | -42.36 | 38.22 |
| 07/10/07 | Mail Room | 01 MO/Checks (Not Held) | 1912116 | 93925 | Hill Correctional Center, Trust Fund | 19.63 | 57.85 |
| 07/11/07 | Point of Sale | 60 Commissary | 1927103 | 566641 | Commissary | -16.71 | 41.14 |
| 07/12/07 | Payroll | 20 Payroll Adjustment | 193141 | | P/R month of 06/2007 | 8.16 | 49.30 |
| 07/17/07 | Disbursements | 84 Library | 198302 | Chk #87539 | 840725736, Consolidated Inmate, Inv. Date: 06/27/2007 | -.30 | 49.00 |
| 07/17/07 | Disbursements | 84 Library | 198302 | Chk #87539 | 8408907, Consolidated Inmate B, Inv. Date: 07/16/2007 | -.30 | 48.70 |
| 07/17/07 | Disbursements | 84 Library | 198302 | Chk #87539 | 840724849, Consolidated Inmate, Inv. Date: 06/18/2007 | -1.70 | 47.00 |
| 07/17/07 | Disbursements | 84 Library | 198302 | Chk #87539 | 840724821, Consolidated Inmate, Inv. Date: 06/18/2007 | -7.05 | 39.95 |
| 07/17/07 | Disbursements | 84 Library | 198302 | Chk #87539 | 840725352, Consolidated Inmate, Inv. Date: 06/22/2007 | -1.10 | 38.85 |
| 07/17/07 | Disbursements | 84 Library | 198302 | Chk #87539 | 840724887, Consolidated Inmate, Inv. Date: 06/18/2007 | -8.30 | 30.55 |
| 07/17/07 | Disbursements | 84 Library | 198302 | Chk #87539 | 840800676, Consolidated Inmate, Inv. Date: 07/11/2007 | -1.30 | 29.25 |
| 07/17/07 | Disbursements | 84 Library | 198302 | Chk #87539 | 840725142, Consolidated Inmate, Inv. Date: 06/20/2007 | -4.30 | 24.95 |
| 07/17/07 | Disbursements | 80 Postage | 198302 | Chk #87550 | 800800363, DOC: 523 Fund Inmat, Inv. Date: 07/06/2007 | -5.89 | 19.06 |
| 07/17/07 | Disbursements | 80 Postage | 198302 | Chk #87550 | 800800726, DOC: 523 Fund Inmat, Inv. Date: 07/11/2007 | -1.99 | 17.07 |
| 07/17/07 | Disbursements | 81 Legal Postage | 198302 | Chk #87550 | 810725013, DOC: 523 Fund Inmat, Inv. Date: 06/19/2007 | -.92 | 16.15 |
| 07/17/07 | Disbursements | 90 Medical Co-Pay | 198302 | Chk #87550 | 900725188, DOC: 523 Fund Inmat, Inv. Date: 06/20/2007 | -2.00 | 14.15 |
| 07/17/07 | Disbursements | 81 Legal Postage | 198302 | Chk #87550 | 810725015, DOC: 523 Fund Inmat, Inv. Date: 06/19/2007 | -.97 | 13.18 |
| 07/17/07 | Disbursements | 81 Legal Postage | 198302 | Chk #87550 | 810725014, DOC: 523 Fund Inmat, Inv. Date: 06/19/2007 | -.97 | 12.21 |
| 07/17/07 | Disbursements | 81 Legal Postage | 198302 | Chk #87550 | 810725016, DOC: 523 Fund Inmat, Inv. Date: 06/19/2007 | -1.99 | 10.22 |
| 07/23/07 | Point of Sale | 60 Commissary | 2047103 | 567921 | Commissary | -6.41 | 3.81 |
| 08/09/07 | Mail Room | 01 MO/Checks (Not Held) | 221287 | 630440 | Leardi, Deborah | 50.00 | 53.81 |
| 08/16/07 | Point of Sale | 60 Commissary | 2287103 | 571184 | Commissary | -33.26 | 20.55 |

**Date:** 11/27/2007

**Time:** 2:23pm

d_list_inmate_trans_statement_composite

# Danville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 06/01/2007 thru End;     Inmate: R04860;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: R04860 Giampaolo, Dominick**                    **Housing Unit: DAN-01-A -56**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 08/17/07 | Disbursements | 73 Court Ordered Fees | 229339 | Chk #87807 | 0005634, U.S. District Court :,    Inv. Date: 08/10/2007 | -11.10 | 9.45 |
| 08/17/07 | Disbursements | 84 Library | 229339 | Chk #87811 | 84082002, Consolidated Inmate , Inv. Date: 07/30/2007 | -1.30 | 8.15 |
| 08/17/07 | Disbursements | 84 Library | 229339 | Chk #87811 | 84081316, Consolidated Inmate , Inv. Date: 07/19/2007 | -1.10 | 7.05 |
| 08/17/07 | Disbursements | 84 Library | 229339 | Chk #87811 | 84081785, Consolidated Inmate , Inv. Date: 07/25/2007 | -.20 | 6.85 |
| 08/17/07 | Disbursements | 84 Library | 229339 | Chk #87811 | 84082207, Consolidated Inmate , Inv. Date: 08/01/2007 | -1.70 | 5.15 |
| 08/17/07 | Disbursements | 81 Legal Postage | 229339 | Chk #87821 | 81082226, DOC: 523 Fund Inmate, Inv. Date: 08/01/2007 | -2.33 | 2.82 |
| 08/17/07 | Disbursements | 80 Postage | 229339 | Chk #87821 | 80081352, DOC: 523 Fund Inmate, Inv. Date: 07/19/2007 | -2.16 | .66 |
| 08/17/07 | Payroll | 20 Payroll Adjustment | 229116 | | P/R month of 07/2007 | 8.00 | 8.66 |
| 08/29/07 | Point of Sale | 60 Commissary | 241765 | 572648 | Commissary | -8.48 | .18 |
| 09/10/07 | Mail Room | 01 MO/Checks (Not Held) | 253211 | 6 R200376902495 | Leardi, Deborah | 25.00 | 25.18 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 256116 | | P/R month of 08/2007 | 2.00 | 27.18 |
| 09/17/07 | Disbursements | 84 Library | 260302 | Chk #88119 | 84084284, Consolidated Inmate , Inv. Date: 08/31/2007 | -.55 | 26.63 |
| 09/17/07 | Disbursements | 84 Library | 260302 | Chk #88119 | 84084281, Consolidated Inmate , Inv. Date: 08/31/2007 | -6.30 | 20.33 |
| 09/17/07 | Disbursements | 84 Library | 260302 | Chk #88119 | 84084566, Consolidated Inmate , Inv. Date: 09/05/2007 | -.50 | 19.83 |
| 09/17/07 | Disbursements | 84 Library | 260302 | Chk #88119 | 84084737, Consolidated Inmate , Inv. Date: 09/07/2007 | -3.20 | 16.63 |
| 09/17/07 | Disbursements | 84 Library | 260302 | Chk #88119 | 84084736, Consolidated Inmate , Inv. Date: 09/07/2007 | -.22 | 16.41 |
| 09/17/07 | Disbursements | 84 Library | 260302 | Chk #88119 | 84085263, Consolidated Inmate , Inv. Date: 09/14/2007 | -1.10 | 15.31 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260302 | Chk #88120 | 81084286, DOC: 523 Fund Inmate, Inv. Date: 08/31/2007 | -1.31 | 14.00 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260302 | Chk #88120 | 81084288, DOC: 523 Fund Inmate, Inv. Date: 08/31/2007 | -.97 | 13.03 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260302 | Chk #88120 | 81084285, DOC: 523 Fund Inmate, Inv. Date: 08/31/2007 | -1.31 | 11.72 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260302 | Chk #88120 | 81084287, DOC: 523 Fund Inmate, Inv. Date: 08/31/2007 | -.97 | 10.75 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260302 | Chk #88120 | 81084289, DOC: 523 Fund Inmate, Inv. Date: 08/31/2007 | -.97 | 9.78 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260302 | Chk #88120 | 81084292, DOC: 523 Fund Inmate, Inv. Date: 08/31/2007 | -.97 | 8.81 |
| 09/17/07 | Disbursements | 90 Medical Co-Pay | 260302 | Chk #88120 | 90084583, DOC: 523 Fund Inmate, Inv. Date: 09/05/2007 | -2.00 | 6.81 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260302 | Chk #88120 | 81084754, DOC: 523 Fund Inmate, Inv. Date: 09/07/2007 | -1.14 | 5.67 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260302 | Chk #88120 | 81084758, DOC: 523 Fund Inmate, Inv. Date: 09/07/2007 | -1.31 | 4.36 |
| 09/17/07 | Point of Sale | 60 Commissary | 2607103 | 574973 | Commissary | -4.08 | .28 |
| 09/21/07 | Mail Room | 02 MO/Checks (Held) | 264211 | 6 R200224206260 | Leardi, Deborah | 50.00 | 50.28 |
| 10/02/07 | Point of Sale | 60 Commissary | 2757102 | 576643 | Commissary | -39.37 | 10.91 |
| 10/09/07 | Mail Room | 01 MO/Checks (Not Held) | 282287 | R200288756690 | Leardi, Deborah | 50.00 | 60.91 |
| 10/10/07 | Point of Sale | 60 Commissary | 283718 | 577615 | Commissary | -49.99 | 10.92 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285116 | | P/R month of 09/2007 | 2.00 | 12.92 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84085542, Consolidated Inmate , Inv. Date: 09/19/2007 | -7.25 | 5.67 |

Date: 11/27/2007

Time:    2:23pm

d_list_inmate_trans_statement_composite

**Danville Correctional Center**

**Trust Fund**

Inmate Transaction Statement

Page 3

REPORT CRITERIA  -  Date: 06/01/2007 thru End;      Inmate: R04860;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print
Balance Errors Only ? : No

### Inmate: R04860 Giampaolo, Dominick                                    Housing Unit: DAN-01-A -56

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 10/17/07 | Disbursements | 81 Legal Postage | 290302 | Chk #88394 | 81085562, DOC: 523 Fund Inmate, Inv. Date: 09/19/2007 | -2.33 | 3.34 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290302 | Chk #88394 | 81085563, DOC: 523 Fund Inmate, Inv. Date: 09/19/2007 | -1.31 | 2.03 |
| 10/17/07 | Point of Sale | 60 Commissary | 290765 | 578823 | Commissary | -1.87 | .16 |
| 11/05/07 | Mail Room | 01 MO/Checks (Not Held) | 3092116 | R200376906840 | Leardle, Deborah | 25.00 | 25.16 |
| 11/05/07 | Mail Room | 01 MO/Checks (Not Held) | 3092116 | R200376906851 | Leardle, Deborah | 25.00 | 50.16 |
| 11/07/07 | Point of Sale | 60 Commissary | 3117102 | 581419 | Commissary | -24.46 | 25.70 |
| 11/16/07 | Disbursements | 84 Library | 320302 | Chk #88667 | 84089201, Consolidated Inmate , Inv. Date: 11/13/2007 | -.60 | 25.10 |
| 11/16/07 | Disbursements | 84 Library | 320302 | Chk #88667 | 84087985, Consolidated Inmate , Inv. Date: 10/24/2007 | -4.40 | 20.70 |
| 11/16/07 | Disbursements | 84 Library | 320302 | Chk #88667 | 84087986, Consolidated Inmate , Inv. Date: 10/24/2007 | -.44 | 20.26 |
| 11/16/07 | Disbursements | 84 Library | 320302 | Chk #88667 | 84088459, Consolidated Inmate , Inv. Date: 10/31/2007 | -.40 | 19.86 |
| 11/16/07 | Disbursements | 84 Library | 320302 | Chk #88667 | 84087720, Consolidated Inmate , Inv. Date: 10/19/2007 | -10.50 | 9.36 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320302 | Chk #88678 | 81088026, DOC: 523 Fund Inmate, Inv. Date: 10/24/2007 | -1.65 | 7.71 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320302 | Chk #88678 | 81088025, DOC: 523 Fund Inmate, Inv. Date: 10/24/2007 | -1.14 | 6.57 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320302 | Chk #88678 | 81087733, DOC: 523 Fund Inmate, Inv. Date: 10/19/2007 | -.17 | 6.40 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320302 | Chk #88678 | 81087735, DOC: 523 Fund Inmate, Inv. Date: 10/19/2007 | -.17 | 6.23 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320302 | Chk #88678 | 81088022, DOC: 523 Fund Inmate, Inv. Date: 10/24/2007 | -1.14 | 5.09 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320302 | Chk #88678 | 81087737, DOC: 523 Fund Inmate, Inv. Date: 10/19/2007 | -2.33 | 2.76 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320302 | Chk #88678 | 81087736, DOC: 523 Fund Inmate, Inv. Date: 10/19/2007 | -2.67 | .09 |
| 11/16/07 | Payroll | 20 Payroll Adjustment | 320116 | | P/R month of 10/2007 | 2.61 | 2.70 |
| 11/21/07 | Mail Room | 01 MO/Checks (Not Held) | 3252116 | R200433590456 | Leadi, Deborah | 25.00 | 27.70 |
| 11/26/07 | Point of Sale | 60 Commissary | 330765 | 583545 | Commissary | -20.05 | 7.65 |
| 11/27/07 | Mail Room | 01 MO/Checks (Not Held) | 3312116 | R200359298986 | Leardi, Deborah | 50.00 | 57.65 |

| | |
|---|---|
| **Total Inmate Funds:** | 57.65 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 7.15 |
| **Funds Available:** | 50.50 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 11/14/2007 | 84089351 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $1.80 |

Date: 11/27/2007 **Danville Correctional Center** Page 4
Time: 2:23pm **Trust Fund**
d_list_inmate_trans_statement_composite Inmate Transaction Statement

REPORT CRITERIA - Date: 06/01/2007 thru End;     Inmate: R04860;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: R04860 Giampaolo, Dominick** **Housing Unit: DAN-01-A -56**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/16/2007 | 84089512 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $0.90 |
| 11/19/2007 | 8108/9638 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.48 |
| 11/19/2007 | 8108/9642 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.17 |
| 11/19/2007 | 84089660 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $2.80 |
| | | | | **Total Restrictions:** | **$7.15** |