FILED

DEC 20 2007 aew

Dear Clerk,

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Enclosed is $25 which should cover the initial min. filing fee in this pleading. Please apply it for that purpose.

Future payments, 20% of monthly avg, should be ordered from IDOC and my account. Otherwise IDOC gets it wrong and takes both the minimum and the first month regardless of my account balance.

Thanks.

Sincerely,
Dominick Giampaolo

07CV7154
JUDGE DARRAH
MAGISTRATE JUDGE COLE

Dominick Giampaolo
R04860
Danville Corr. Ctr
3820 East Main
Danville, IL 61834