U.S. District Clerk,
Northern District of Illinois
219 S. Dearborn
Chicago, IL, 60604

December 25, 2007

**FILED**
JAN 0 2 2008
Jan 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk,                                    RE: 07C 7154

    I am an inmate in the IDOC. I have filed CH 1983 lawsuits with your court before and have just filed one recently.
    Because of IDOC I am unable to make copies of the lawsuits and unable to afford mailing costs and still take care of my medical needs.
    I have been declared a 'Poor person' in this most recent filing and I am attempting to have the MINIMUM filing fee paid.

    I sent a letter with my lawsuit asking that you PLEASE DO NOT order the INITIAL filing fee be taken from my prison account. The reason for this is that Danville C.C. has a uniique interpretation of your courts orders and they will take the ENTIRE intitial filing fee from whatever money I get from gifts from my family, not JUST from my state pay income of $10. Then they will ake the 20% of the previous months total from there on.

    If the order is issued then I will NOT get any state pay for many months which is more than problematic.
    I had my sister mail a money order to you to cover the initial filing fee but it was returned. Apparently your office is confused as to what it was for but since it was sent with the suit it should have been obvious and was explained in and enclosed letter. So I am haveing her resend it with another letter with this case number on it.

Please try to get this right, it is extremely difficult to get IDOC to do thingts right and I appreciate your help in this regard. Thanks.

                                              Sincerely,

                                              Dominick Giampaolo
                                              R04860
                                              Danville Corr. Ctr
                                              3820 East Main
                                              Danville, IL. 61834