# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7154 | 3-4-08 DATE | 3-4-08 |
| CASE TITLE | Dominick Giampaolo (#R-04860) vs. Terry McCann, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's letter dated December 25, 2007 [#6], which the court construes as a motion for leave to waive the initial partial filing fee, is denied. The court is required by statute to assess, and the trust fund officer at the plaintiff's place of confinement is required to collect, the initial installment. *See* 28 U.S.C. § 1915; Minute Order of February 11, 2008. The plaintiff is not destitute. His basic necessities of food, shelter, clothing, and medical care are furnished by the State. A prisoner, like any other person contemplating a civil suit, must consider the cost of the litigation versus the probability of success. As a final concern, the plaintiff, an experienced litigator in this court, is reminded that he must provide the court with the original plus a judge's copy of every document filed. In the future, the court may strike without considering any document filed that fails to comport with this basic filing requirement.

■ [Docketing to mail notices.

mjm