MHN

Clerk of the U.S. District Court
Prisoner Correspondent
219 S. Dearborn St
Chicago, IL. 60604

FILED
MAR 2 6 2008
3-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: 07 C 7154

March 17, 2008

Dear CLerk/Prisoner Correspondent,

   As the court pointed out I am a experienced litigator and as such I am confused that I was not sent the SUMMONS forms to fill out as I have in the past lawsuits I filed in your court.
   I read the courts last order and it would sem to indicate a rule change of some sort beacuse it indicates that you fill those out and send them to the U.S. Marshal?
   If this is not true then please send me the forms so I can get this summons process started asap.
   Also, my last letter was NOT a motion to avoid initial filing fee. I had tried to SEND YOU the filing fee instaed of the inevitable order to have IDOC take it from my account. This IDOC takes the FULL amount regarldless if its my last $10 Im supposed to use on hygene, etc. So rather than arguing with them I was trying to avoid the problem before it occured. That being too confusing for whoever handles that in your office the Money was sent back here and now IDOC has taken my state pay leaving me with nothing to buy soap, etc with. I had my family send the money to my account but again THIS IDOC takes up to 3-4 weekd to process our money. I mention this just so the judge doesnt think I was trying to evade the filing fee and to set the record straight.
   Pleas let me know about the summons forms. Thanks.

                                        Sincerely,
                                        Dominick Giampaolo
                                        R04860
                                        Danville Corr. Ctr
                                        3820 East Main
                                        Danville, Il. 61834