## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 07 CV 7154 |
|---|---|---|

*Dominick Giampaolo v. Terry McCann et al.,*                                    Judge Darrah

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Terry McCann, Johnnie Franklin, Leonard Garbs, Clarence Wright, Robert Cattaneo, Peggy Hester, Jeffrey Nurse, Charles Phelps, Lt. Jackson, Michael Hopkins, Clarence Egbe, Jenine Douglas, Seymour White, and Krut Joseph.

| NAME (Type or print) |
|---|
| JAMES P. DORAN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/James P. Doran |

| FIRM |
|---|
| Office of the Illinois Attorney General |

| OFFICE ADDRESS |
|---|
| 100 W. Randolph, 13th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06210839 | (312) 814-7202 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ___ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___ | NO ✔ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ___ | NO ✔ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ___ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ___          APPOINTED COUNSEL ___