**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DOMINICK GIAMPAOLO, #R-04860 | ) | |
| | ) | |
| Plaintiff, | ) | No.  07 C 7154 |
| | ) | |
| v. | ) | Hon. John W. Darrah |
| | ) | Judge Presiding |
| TERRY McCANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Dominick Giampaolo, #R-04860
      Danville Correctional Center
      3820 East Main Street
      Danville, Illinois 61834

       PLEASE TAKE NOTICE that on May 1, 2008, at 9:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable John W. Darrah or whomever may be sitting in his stead in Room 1203, of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall present the attached **MOTION FOR EXTENSION OF TIME**, a copy of which is hereby served upon you.

LISA MADIGAN
Attorney General of Illinois            By:    s/James P. Doran
                                               JAMES P. DORAN
                                               Assistant Attorney General
                                               General Law Bureau
                                               100 West Randolph Street, 13th Fl.
                                               Chicago, Illinois 60601
                                               (312) 814-7202

**CERTIFICATE OF SERVICE**

       The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on April 22, 2008.

                                               s/James P. Doran