IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINICK GIAMPAOLO, #R-04860 | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7154 |
| | ) | |
| v. | ) | Hon. John W. Darrah |
| | ) | Judge Presiding |
| TERRY McCANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COME defendants TERRY McCANN, JOHNNIE FRANKLIN, LEONARD GARBS, CLARENCE WRIGHT, ROBERT CATTANEO, PEGGY HESTER, JEFFREY NURSE, CHARLES PHELPS, LT. JACKSON, MICHAEL HOPKINS, CLARENCE EGBE, JENINE DOUGLAS, SEYMOUR WHITE and KRUT JOSEPH by and through their attorney LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to F.R.C.P. 6(b)(1), hereby moves this Honorable Court for an extension of time within which to answer or otherwise plead. In support of this motion, defendants state the following:

1.  On April 22, 2008, appearances were filed on behalf of 14 of the 16 named defendants. The two other remaining defendants (Officers Bush and Hawk) have not yet been served and have not requested representation from the Attorney General's Office.

2.  The undersigned counsel will more than likely be representing the remaining defendants, and in order to obtain the information necessary to file a responsive pleading, counsel must further investigate the allegations made by the plaintiff. The plaintiff is currently housed at Danville Correctional Center and the allegations contained in his complaint occurred at Stateville Correctional Center, so there may be relevant documents at both facilities. Additionally, the

unserved defendants must be served and request representation before a responsive pleading may be filed on their behalf.

    3.    This motion is brought in good faith and in the interest of judicial economy and not for purposes of delay and the plaintiff will not be unduly prejudiced by the granting of this motion.

    WHEREFORE, the defendants request a 30-day extension of time until the remaining defendants are served, to answer or otherwise plead.

    Respectfully submitted,

LISA MADIGAN  
Attorney General of Illinois    By:    s/James P. Doran  
    JAMES P. DORAN  
    Assistant Attorney General  
    General Law Bureau  
    100 W. Randolph St., 13th Fl.  
    Chicago, Illinois 60601  
    (312) 814-7202