UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Dominick Giampaolo
      Plaintiff,

v.            Case No.: 1:07−cv−07154
            Honorable John W. Darrah

Terry McCann, et al.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

  MINUTE entry before Judge Honorable John W. Darrah:Defendants' motion for extension of time to answer [29] is granted to and including 6/2/08. Rule 26(a)(1) disclosures to be exchanged by 5/30/08. Leave is granted for the defendants to depose the incarcerated plaintiff. Status hearing set for 6/10/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.