**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:    07 C 7154

*Dominick Giampaolo v. Terry McCann et al.*

                                                        The Hon. John W. Darrah
                                                        Judge Presiding

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants:  Terry McCann, Johnnie Franklin, Leonard Garbs, Clarence Wright,

Robert Cattaneo, Peggy Hester, Jeffrey Nurse, Charles Phelps, Lt. Jackson, Michael Hopkins,

Clarence Egbe, Jenine Douglas, Seymour White, Lester Hawk, Anthony Bush

and Krut Joseph.

| |
|---|
| NAME (Type or print) <br> MATTHEW M. SMITH |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Matthew M. Smith |
| FIRM <br> Office of the Illinois Attorney General |
| OFFICE ADDRESS <br> 100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282134 | TELEPHONE NUMBER <br> (312) 814-4451 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ___ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ___   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ___ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ___       APPOINTED COUNSEL ___