IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINICK GIAMPAOLO, R-04860 | ) | |
| | ) | |
| Plaintiff, | ) | No.  07 C 7154 |
| | ) | |
| v. | ) | Hon. John W. Darrah |
| | ) | Judge Presiding |
| TERRY McCANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

NOW COME the defendants, Terry McCann, Johnnie Franklin, Leonard Garbs, Clarence Wright, Robert Cattaneo, Peggy Hester, Jeffrey Nurse, Charles Phelps, Lt. Jackson, Michael Hopkins, Clarence Egbe, Jenine Douglas, Seymour White, Lester Hawk, Anthony Bush and Krut Joseph, by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/ Matthew M. Smith
MATTHEW M. SMITH
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-4451