IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINICK GIAMPAOLO, R-04860 | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7154 |
| | ) | |
| v. | ) | Hon. John W. Darrah |
| | ) | Judge Presiding |
| TERRY McCANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Dominick Giampaolo, R-04860
        Danville Correctional Center
        3820 East Main Street
        Danville, Illinois 61834

   PLEASE TAKE NOTICE that on June 2, 2008, the attached **APPEARANCE** and **JURY DEMAND** were filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois                By:   s/ Matthew M. Smith
                                                                      MATTHEW M. SMITH
                                                                      Assistant Attorney General
                                                                      General Law Bureau
                                                                      100 West Randolph Street, 13th Fl.
                                                                      Chicago, Illinois 60601
                                                                      (312) 814-4451

## CERTIFICATE OF SERVICE

   The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on June 2, 2008.

                                                                      s/ Matthew M. Smith