IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINICK GIAMPAOLO #R04860, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.07 C 7154 |
| | ) | Judge John W. Darrah |
| TERRY McCANN et al. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Dominick Giampaolo #R04860
      Danville Correctional Center
      3820 East Main Street
      Danville, IL 61834

   PLEASE TAKE NOTICE that on July 17, 2008, at 9:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable John W. Darrah or whomever may be sitting in his stead in Room 1203, of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall present the attached **MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, a copy of which is hereby served upon you.


LISA MADIGAN
Attorney General of Illinois          By:    s/Austin E. Franklin
                                             AUSTIN E. FRANKLIN
                                             Assistant Attorney General
                                             General Law Bureau
                                             100 West Randolph Street, 13th Fl.
                                             Chicago, Illinois 60601
                                             (312) 814-3700

## CERTIFICATE OF SERVICE

   The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on July 11, 2008.

                                             s/Austin E. Franklin

Case 1:07-cv-07154    Document 43    Filed 07/10/2008    Page 2 of 2