IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dominick Giampaolo )
        Plaintiff )
    Vs. ) Case No. 07-C-7154
Terry McCann, et al. )
        Defendants )

NOTICE OF FILING

**FILED**

To: Atty Austin Franklin
Asst. atty. General
100 West Randolph St
13th Floor
Chicago, IL. 60601

JUL 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

    PLEASE TAKE NOTICE that on July 15, 2008, the Plaintiff Dominick Giampaolo caused the following to be filed with the Clerk of the Court US District Court in Chicago, IL, the following attached document which is hereby served upon you;

MOTION FOR SANCTIONS AND DEFAULT JUDGMENT

                                          _Dominick Giampaolo_

Dominick Giampaolo
R04860
Danville COrr. Ctr.
3820 East Main
Danville, IL. 61834

CERTIFICATE OF SERVICE

    I, Dominick Giampaolo, a nop-attorney, hereby certify that the proper number of the foregoing documents have been mailed to the parties named and listed above and to the Clerk of the Court, by placing them in the U.S. mail in envelopes with proper postage prepaid, located at the Danvile C.C. in Danville, IL on July 15, 2008. This certificate being made under penalty of perjury pursuant to 28 USC 1746 and 18 USC 1621.

Signed this 15th day of July, 2008.

                                          _Dominick Giampaolo_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 2 1 2008 mp
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dominick Giampaolo )
        Plaintiff )
   vs. ) Case No. 07-C-7154
Terry McCann, et al. )
        Defendants )

### MOTIONS FOR SANTIONS AND DEFAULT JUDGMENT

NOW COMES the Plaintiff, Domincik Giampaolo, **PRO-SE**, and moves this Honorable Court, pursuant to Federal Rules of Civ. Proc. 37 (c)(1) and Fed. Rules. Civ. Proc 56 for an order for sanctions against Defense counsel Austin E. Franklin and for the default of all claims in the above captioned matter for failure to comply and act in good faith with the rules of discovery, giving misleading pleadings, and violating federal law. In support, and as the basis of this motion, the Plaintiff states as follows;

1. On December 20, 2007 Plaintiff filed the above captioned complaint with this court.

2. On May 1, 2008 Plaintiff mailed a letter to Asst. Atty. General Jim Doran seeking a meeting to try to settle the claim.

3. On May 29, 2008 AAG Doran met with the Plaintiff and discussed the possibility of settlement which he told the Plaintiff was reasonable.

4. On June 10, the deadline for filing an answer to the complaint, the Defendants through AAG Austin Franklin asked for a Extension of time stating that ;
      "4. It is the Defendants position that this matter can be resolved through a settlement agreement and therefore would like the opportunity to continue settlement discussions with the Plaintiff **before filing an answer.**" (bold type added).

5. Plaintiff was told by AAG Jim Doran that he would return in about 3 weeks from May 29, 2008, he never returned and has not communicated with the plaintiff to this day.

6. On approximately June 25, 2008 the Plaintiff received a large box of apparnet discoverable material from the Officer of the Attorney General refereing to the above captioned case.

7. The Plaintiff was suprised to find these discoverable materials contained **PRIVILEGED INFORMATION** in violation of the **HIPPA** rules specifically the Plaintiffs **MEDICAL AND PSYCHOLOGICAL** records.

8. The Plaintiff **HAS NOT** signed a release of medical records in the above captioned case and knows of no court order by this court permitting the release of the Medical and Psychological records.

9. Plaintiff upon looking through the material sent to him uncovered a copy of inter-office e-mails between the Stateville Litigation corrodinator, Kathleen Sandline to the Danville Litigation coordinator, Judy Wyatt.

10. This e-mail copy is attached as Exhibit A in support of this Motion and hereby made part hereof in substance and in fact.

11. Plaintiff attached the Defendants Motion for Extension of Time in support of No. 4 herein as EXHIBIT B and hereby makes it part hereof in substance and in fact.

12. Plaintiff attaches examples of the ILLEGALLY obatined information sent to him by AAG Franklin (note the stamp in lower right corners) designated as EXHIBIT C and hereby makes it part hereof in substance and in fact.

13. Plaintiffs is concerned that the Attorney Generals office is using undue influence, conspiring with co-workers of the Defendants who work for the same corporation the Illinois Department of Corrections, to illegally obtain information about the Plaintiff which is privileged under the HIPPA rules.

14. Plaintiff has acted in GOOD FAITH in all his pleadings with the Attorney Generals office and as the Defendants know this is NOT the Plaintiffs only lawsuit.

15. Plaintiff is concerned that the ILLEGALLY obtained information is shared with the Attorney Generals office which represents the Illiois Department of Corrections in two other active lawsuits and that this information will taint those lawsuits.

16. The Plaintiff has been prejudiced by the ILLEGAL ACTIONS of the AAG Franklin in that his PRIVATE information has now been made very public including access by unauthorized IDOC litigation coordinators.

17. The Plaintiff was prejudiced by the AAG Franklin and Doran giving misleading statements and pleadings to the Plaintiff causing him to believe a settlement was possible and that there would be a follow-up meeting, thus causing the Plaintiff to not Amend his pleading sooner, not beign discovery, and to waste valuable time in bringing other motions to protect his rights and safety.

## SANCTIONS

Federal Rules of Civ. Proc 27 et. al. authorizes this court to enter an order for sanctions against the parties that willfully and consciously disregard the Rules of the Court, discovery rule violations, and acting in bad faith, including but not limited to;
1) Summary Judgment, Rule 56;
2) Costs or fees;
3) Refusing disobedient party to oppose claims;
4) reporting the offending attorneys to the ARDC;
5) charges against the AAG Franklin and Litigation coordinators named herein

## CONCLUSION

The Plaintiffs case has been damaged by the deception and deliberate discovery and federal rules (HIPPA) violations. Plaintiff attached his affidavit in support of this motion as EXHIBIT D and hereby makes it part hereof.
  The Plaintiff respectfully asks that the Attorney Genreals office be dismissed from representing the Defendants in this above captioned case, and/or all Plaintiffs cases they represent defendants, to cite

CONCLUSION (Cont.)

... the AAG's with contempt and/or bring whatever appropriate charges for the BLATENT invasion of Plaintiffs privacy, order summary judgment against the Defendants for all claims, and reimburse the Plaintiff for his legal copy and mail costs and his filing fees and any other and such further relief as this court deems fit and proper.

   Plaintiff reserves the right to file any new legal claims concerning his HIPPA rights with courts and/or law enforcement agencies.

                              Respectfully Submitted,
                              Dominick Giampaolo, R04860
                              Danville Corr. Ctr.
                              3820 East Main
                              Danville, IL. 61834

CERTIFICATION

   By signing this complaint, I certify that the facts stated in this complaint are true and correct to the best of my knowledge, information, and belief and that the attached exhibits are what they are proported to be. I understand that if this certification is not correct, i may be subject to sanctions by the court. This certificate is made under penalty of perjury pursuant to 28 USC 1746 and 18 USC 1621.

Signed this 15th day of July, 2008.

                              Dominick Giampaolo
                              Plaintiff, Pro-se

CERTIFICATE OF SERVICE

   I, Dominick Giampaolo, a non-attorney, certify that I have caused the foregoing pleading to be served upon the attorney of record and the Clerk of the Court, by placing the proper number of copies in the U.S. mail located in Danville, IL on the 15th day of July, 2008. This certificate of service is made under penalty of perjury 28 USC 1746 and 18 USC 1621.

Signed this 15th day of July, 2008.

                              Dominick Giampaolo
                              Plaintiff, pro-se

EXHIBIT A

**Babb, Michelle**

From: Wyatt, Judy
Sent: Wednesday, April 02, 2008 11:53 AM
To: Marshall, Jim; Babb, Michelle
Subject: FW: Dominick Giampaolo, R04860

It's actually something "special" for the 2 of you!!!! As she said, not urgent – let's go with NLT 4/15. Thanks!

*Judy Wyatt*
Operations/Programs Secretary
Benefits Coordinator/Litigation Coordinator
Danville Correctional Center

---

From: Sandlin, Kathleen
Sent: Wednesday, April 02, 2008 11:42 AM
To: Wyatt, Judy
Subject: Dominick Giampaolo, R04860

Judy,

I thought that I had something special for you and I do! Just for you I have a request regarding Mr. Giampaolo, R04860:

Any and all grievances and their resolution regarding the time frame of April 18, 2007 to June 6, 2007, regarding Stateville, conditions, medical, strip searches, etc.

His medical regarding his chronic conditions requests for low bunk, low gallery, extra pillow for his back and spina bifida, also a copy of his medications that he was on in April through June of 2007.

If there is a list of what he was sent to Stateville with regarding medications that would be helpful.

This is not urgent anytime in the next couple of weeks.

Thank you,
*Kathleen Sandlin*
*Litigation Coordinator*
*Stateville Correctional Center*
*TX: 815 727-3623*
*FX: 815 727-3669*

Case 1:07-cv-07154    Document 45    Filed 07/21/2008    Page 6 of 13
EXHIBIT B-1
Case 1:07-cv-07154    Document 36    Filed 06/02/2008    Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOMINICK GIAMPAOLO, #R-04860 ) | |
| ) | |
| Plaintiff, ) | No. 07 C 7154 |
| ) | |
| v. ) | Hon. John W. Darrah |
| ) | Judge Presiding |
| TERRY McCANN, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Dominick Giampaolo, #R-04860
      Danville Correctional Center
      3820 East Main Street
      Danville, Illinois 61834

PLEASE TAKE NOTICE that on June 10, 2008, at 9:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable John W. Darrah or whomever may be sitting in his stead in Room 1203, of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall present the attached **MOTION FOR EXTENSION OF TIME**, a copy of which is hereby served upon you.

LISA MADIGAN
Attorney General of Illinois          By:   s/Austin E. Franklin
                                            AUSTIN E. FRANKLIN
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 West Randolph Street, 13th Fl.
                                            Chicago, Illinois 60601
                                            (312) 814-3700

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on June 2, 2008.

                                            s/Austin E. Franklin

Case 1:07-cv-07154   Document 45-2   Filed 07/21/2008   Page 7 of 13
Case 1:07-cv-07154   Document 35   Filed 06/02/2008   Page 1 of 2

EXHIBIT B-2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOMINICK GIAMPAOLO #R-04860, ) | |
| ) | No. 07 C 7154 |
| Plaintiff, ) | |
| ) | Hon. John W. Darrah |
| v. ) | Judge Presiding |
| ) | |
| TERRY McCANN, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

NOW COME defendants TERRY McCANN, LEONARD GARBS, CLARENCE WRIGHT, ROBERT CATTANEO, PEGGY WILSON (HESTER), JEFFREY NURSE, CHARLES PHELPS, LT. JACKSON, MICHAEL HOPKINS, CLARENCE EGBE, JOHNNIE FRANKLIN, JENINE DOUGLAS, SEYMOUR WHITE, KRUT JOSEPH, ANTHONY BUSH and LESTER HAWK by and through their attorney LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to F.R.C.P. 6(b)(1), hereby moves this Honorable Court for an extension of time within which to answer or otherwise plead. In support of this motion, defendants state the following:

1. On May 6 2008, Assistant Attorney General Jim Doran received a letter from Plaintiff, Dominick Giampaolo, dated May 1, 2008. Mr. Giampaolo's letter expressed his interest in meeting face to face with AAG Doran to possibly resolve this matter through a settlement agreement.

2. On Thursday, May 29, 2008, AAG Doran met with Mr. Dominick Giampaolo at the Danville Correctional Center located in Vermilion County, Illinois. At that meeting Plaintiff submitted his settlement demands to AAG Doran and also discussed the possibility of resolving this matter through settlement.

3.  Counsel for the defendants is now awaiting settlement authority from the Department of Corrections. Counsel for the Defendants believe that they will have the information regarding the Department's position on Plaintiff's settlement demands within 30 days, at which time settlement discussions would be complete.

4.  It is the Defendants position that this matter can be resolved through a settlement agreement and therefore would like the opportunity to continue settlement discussions with the Plaintiff before filing an answer.

5.  Defendants respectfully requests an extension of 30 days to file an answer or otherwise plead.

6.  This motion is brought in good faith and in the interest of judicial economy and not for purposes of delay and the plaintiff will not be unduly prejudiced by the granting of this motion.

WHEREFORE, the defendants request a 30-day extension of time so that they may be allowed to resolve this matter through settlement.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois    By:    s/Austin E. Franklin
                                        AUSTIN E. FRANKLIN
                                        Assistant Attorney General
                                        General Law Bureau
                                        100 W. Randolph St., 13th Fl.
                                        Chicago, Illinois 60601
                                        (312) 814-3700

2



OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

June 23, 2008

Dominick Giampaolo, # R-04860
Danville Correctional Center
3820 East Main Street
Danville, Illinois 61834

      RE: **Dominick Giampaolo v. McCann et al., 07-CV-7154**

Dear Mr. Giampaolo # R-04860:

    Enclosed are Rule 26 (a)(1) disclosures.

MENTAL HEALTH EVALUATION

Name: Scopatho, Dominis age 37     Number: R04860
Date: 10/29/07

**Reason for Referral:**
PSY Hx

**Subjective Data:**
alert + oriented but nervous
c/o loss of coping techniques
c/o surf stressors

**Objective Data and History:**
Reports Hx of IBS ulcers and reported able to target Bipolar 97. No PSY Hosp or 97 -. Denies H+ S/A
prior denies suicidal Hx.

**Diagnosis (provisional/final)**
Axis I: Anxty Pnrdr NOS + B/Pndr
Axis II: _____

**Summary and Treatment Plan:**
F/U PSV and PSI
Pndr of mgmt + amsteam

Signed: T Mks Ph.D   Date: 10/29/07

DCA 7157 (8/1/87)
IL 426-10643

**Imaging Radiologist**

319 E. Madison Street
Springfield, Illinois 62701
(217) 528-4770

PATIENT: Giampaola, Dominick
FACILITY: Dixon Correctional Center
PRISON #: R04860
PHYSICIAN: Mesrobian
DATE PERFORMED: 6-14-02
AGE: 5-23-67

## RADIOLOGICAL REPORT

**LUMBAR SPINE**

Clinical Indication: Rule out scoliosis

AP and lateral views

There is a rib arising from the T12 vertebral body on the left side but not on the right side. There is partial sacralization of L5. There is a spina bifida at the L5 level.

The lumbar vertebral bodies are normal in height. There is no scoliosis. There is approximately a 2 to 3 mm posterior offset of L4 with respect to L5. The remainder of the lumbar vertebral bodies are in normal alignment. The intervertebral disc spaces are intact. There is no spondylolysis.

CONCLUSION: 1. There is partial sacralization of L5. There is a unilateral rib at T12. There is a spina bifida of L5.

2. The disc spaces in the lumbar region are intact. There is approximately a 2 to 3mm posterior offset of L4 with respect to L5.

JUN 17 2002

Peter E. Weinberg, M.D./jmw
Neuroradiologist

D/T: 06/17/02

1008

*BEGIN USING FROM BOTTOM UP

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ Date: _____
DCA 7000    Noted by: _____
IL 426-1417

---

NKA                                                          F 35?

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient GIAMPAOLO DOMINIC   Reg. # R04860   Date: 11-29-04

Problem _____

ORDER: (Physician's Signature After Last Order) _____

CTM 4 mg po BID - PRN × #20

Tylenol 300 mg po TID - PRN #20

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute
☐ May Not Substitute                                          Date: 11/29/04   tabs
DCA 7000    Noted by: _____
IL 426-1417

---

allergy
Fish
Cigarette Smoke        Previous Inst. Order              Write

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient Giampaolo, Dominic   Reg. # R04860   Date: 11/17/04

Problem _____

ORDER: (Physician's Signature After Last Order) Zantac 150mg po BID - Ø returned  ×4
MVI ⊤ qd - Ø returned
#20 Buspar 10mg po BID - Ø returned    mo
tabs only

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute
☐ May Not Substitute                                          Date: 11/19/04
DCA 7000    Noted by: E. Kush RN
IL 426-1417

1000

EXHIBIT D

## AFFIDAVIT OF DOMINICK GIAMPAOLO

I, Dominick Giampaolo, affirm and declare under penalty of perjury pursuant to 28 USC 1746 and 18 USC 1621 the following to be true and correct to the best of my knowledge and belief;

1. On May 29, 2008 Asst. Atty. General Jim Doran met with me in response to my letter seeking a discussion about settling the lawsuit of the attached captioned cause.

2. The meeting concluded with AAG Doran claiming that my terms were reasonable and that he would return with an answer in 3 weeks.

3. AAG Doran has never contacted me since that day.

4. I received a copy of the Defendants Motion to Extend their time to answer the complaint about June 13, 2008 and it stated that the Defendants believed the could come to a settlement.

5. Tha I have acted in good faith and spoken truthfully in all that regards my claim.

6. That if I had not been lied to I would have amended my complaint based on new and additional information and begun discovery processes.

7. That around June 25, 2008 I received a large box of discovery that was aquired, according to the enclosed letter (Exhibit C-1) via Rule 26 (a)(1).

8. That I inspected the contents and discovered my medical and psychological records had been released to the AAG Austin Franklin by his request through IDOC litigation coordinators at Stateville and Danville.

9. That I am extremely concerned that defending my rights will cause retalitory actions by IDOC as was done to me in my lawsuit against Hill C.C. (06-CV-1186 C.D. Ill) which would endanger my life, again.

10. That I have not signed a release of my medical files to the AAG Austin Franklin and did not receive an order permitting such from this court.

I further sayeth not.

Dated: July 15, 2008

Signed,

Dominick Giampaolo
R04860
Danville Corr. Ctr
3820 East Main
Danville, IL. 61834