Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7154 | DATE | 8-5-08 |
| CASE TITLE | Dominick Giampaolo (#R-04860) vs. Terry McCann, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for default judgment [#45-2] is denied. The defendants have responded to the complaint by way of a motion to dismiss. The defendants are directed to respond to the plaintiff's motion for sanctions [#45-1] within twenty-one days of the date of this order.

■ [Docketing to mail notices.]

mjm