IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINICK GIAMPAOLO #R04860, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.07 C 7154 |
| | ) | Judge John W. Darrah |
| TERRY McCANN et al. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Dominick Giampaolo #R04860
  Danville Correctional Center
  3820 East Main Street
  Danville, IL 61834

   PLEASE TAKE NOTICE that on August 20, 2008, the attached **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS** was filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.


LISA MADIGAN

Attorney General of Illinois            By:   s/Austin E. Franklin
                                              AUSTIN E. FRANKLIN
                                              JAMES P. DORAN
                                              Assistant Attorney General
                                              General Law Bureau
                                              100 West Randolph Street, 13th Floor
                                              Chicago, Illinois 60601
                                              (312) 814-3700

## CERTIFICATE OF SERVICE

   The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on August 20, 2008.

                                              s/Austin E. Franklin