## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7154 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Giampaolo vs. McCann | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss [42] is entered and briefed as follows: response on file, a reply is due by 9/10/08. Status hearing set for 10/16/08 at 9:00 a.m. Plaintiff's motion for sanctions and for default judgment [45] is entered and briefed as follows: response by 8/22/08, reply by 9/12/08. Status hearing set for 10/16/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|