*MHN*

Prisoner Correspondent
US District Court
219 South Dearborn
Chicago, Il. 60604

**F I L E D**

8-27-2008

AUG 2 7 2008  MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Correspondent/Clerk                    August 22, 2008

   I just received the reply to my Motion for sanctions in my case
Giampaolo v. Terry McCann (07-cv-07154.)

   The caption included Magistrate Judge Jeffrey Cole.

I have not waived my right to a non-magistrate judge OR agreed to have
anyhting heard by a magistrate judge as is the proper procedure before
it can be heard.

I DO NOT want anything in this case heard by a magistrate judge. I am
aware of the differences and object to any hearing before a magistrate.

In addition, according to defense counsel it would appear that my
confidential information is now public? This is absurd! I had to attach
my psych paper (only one of them) to PROVE the HIPPA violation occured.
If I hadnt I'd have no evidence to support it.

If this violation of my rights by defense counsel (a class A misdemeanor)
is NOT prosecuted then I will filed another suit against the entire
Attorney Generals office. I am in no position to ask for anyone to
investigat or prosecute because there is no info. here as to how to
do that. I have reas your local rules and they say to notify the tribunal
which I have by Motion. I never intended for my private information
to be made public. For the A.G. to take advantage of pro-se inmates by
not only violating my rights but then to KNOW the only defense is to
attach forbidden evidence in a motion is absurd. Is this just another
dirty trick to harm inmates?
   If there is any way to protect that information (seal it) so that it
is only used to prove the issure it was raised in, then I request that
be done immediately.

I really have expected a phone conference by now as was the instance
in my last suit in your district and my Central district suit. I
request one as soon as possible if one hasn't been schedules soon
already. Thanks.

                                        Sincerely,

                                        Dominick Giampaolo
                                        R04860
                                        Danville Corr. Ctr
                                        3820 East Main
                                        Danville, IL. 61834

CC; Atty Austin Franklin
Enc- Copy for Judge Darrah