IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINICK GIAMPAOLO #R04860, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 7154 |
| ) | Judge John W. Darrah |
| TERRY McCANN et al. ) | |
| ) | Magistrate Judge Jeffrey Cole |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   Dominick Giampaolo #R04860
      Danville Correctional Center
      3820 East Main Street
      Danville, IL 61834

PLEASE TAKE NOTICE that on September 9, 2008, the attached **DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** was filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois          By:   s/Austin E. Franklin
                                            AUSTIN E. FRANKLIN
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 West Randolph Street, 13th Fl.
                                            Chicago, Illinois 60601
                                            (312) 814-3700

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on September 9, 2008.

s/Austin E. Franklin